No. 03–9634. WALKER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 03–9640. STARR v. CATTELL, WARDEN. Super. Ct. N. H., Coos County. Certiorari denied.

No. 03–9641. EADES v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–9662. WILLIAMS v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–9665. ANDERSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–9666. COLEMAN v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–9679. COLLIER v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 03–9688. COMBS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9689. ELDER v. DODRILL, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 03–9693. ROBERTSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–9694. LEE v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–9697. LOUVIERE v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–9701. MCNAIR v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–9706. PIGGOT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.